**2010–1001.  State ex rel. Mason v. McCormick.**
In Prohibition. Motion for leave to intervene granted. Motion to dismiss granted. Motions to consolidate denied as moot. Motion for leave to file a response denied as moot. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1068.  State ex rel. Will v. Rothgery.**
In Prohibition. Motion for leave to intervene granted. Motion to consolidate denied as moot. Motion for leave to file a response denied as moot. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1111.  State ex rel. Mason v. Corrigan.**
In Prohibition. Motion for leave to intervene granted. Motion to dismiss granted. Motion to consolidate denied as moot. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1386.  State ex rel. McQueen v. Klatt.**
In Procedendo. On motion to dismiss and motion for judgment on the pleadings. Motion to dismiss granted. Motion for judgment on the pleadings denied. Request for findings of fact and conclusions of law denied as moot. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1421.  [State ex rel.] Stewart v. Caine.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2009–0950.  Meccon, Inc. v. Univ. of Akron.**
Franklin App. No. 08AP–727, 182 Ohio App.3d 85, 2009-Ohio-1700. On motion for attorney's fees. Motion denied.
    PFEIFER and O'DONNELL, JJ., dissent.

**2010–0211.  State ex rel. Baker v. Coast to Coast Manpower, L.L.C.**
Franklin App. No. 09AP–287, 2009-Ohio-6663. On request for oral argument. Request granted.
    O'DONNELL, J., dissents.
    LANZINGER, J., not participating.

**2010–0240.  In re D.B.**
Licking App. No. 2009CA00024, 2009-Ohio-6841. On motion for admission pro hac vice of Marsha L. Levick, Jody Marksamer, Nadia Seeratan, Riya S. Shah, Lourdes M. Rosado, Ilona M. Turner, and Jessica Feierman by Brooke M. Burns. Motion granted.

**2010–1484.  State v. Huff.**
Cuyahoga App. No. 92427, 2009-Ohio-5368. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and PFEIFER, J., dissent.

**2010–1492.  State v. Scott.**
Trumbull App. No. 2009–T–0088. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2010–1516.  State v. Seay.**
Hamilton App. No. C–090638. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent.